UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 95-7551

———————————

DAWN D. SUTTON,

Plaintiff - Appellant,

versus

FEDERAL BUREAU OF PRISONS; JOHN FANELLO,
Warden; KATHY HALH (or Halk), Correctional
Officer; KENNETH P. MORITSUGU, Health Services
Director; ROLAND E. WILLIAMS, Hospital Service
Administrator; BERNORD PARINA, Clinical
Director of Health Services,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Robert L. Buchanan, Jr., Magistrate
Judge.  (CA-95-1516-9-0JC)

———————————

Submitted:  March 21, 1996          Decided:  April 4, 1996

———————————

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Dawn D. Sutton, Appellant Pro Se.  Barbara Murcier Bowens, OFFICE
OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal from a magistrate judge's report and recommendation to deny his motions for temporary restraining orders or preliminary injunctions. We dismiss the appeal for lack of jurisdiction because the magistrate judge's report is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The report here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3